UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOEY REGUSA,

       Plaintiff,

v.                                    Case No.  8:10-cv-1628-T-33EAJ

JENKINS NISSAN, INC.,

       Defendant.

_____/

**ORDER**

This cause comes before the Court pursuant to Jenkins Nissan, Inc.'s Motion to Dismiss (Doc. # 11), which was filed on December 17, 2010.  Joey Regusa failed to file a response in opposition to the motion to dismiss, and the time for him to do so has expired.  For the reasons that follow, the Court grants the motion to dismiss.

**Discussion**

Regusa filed his complaint, alleging violation of the Americans with Disabilities Act (Title I and II) and Florida Civil Rights Act, against Jenkins Nissan on July 22, 2010. (Doc. # 1).  Thereafter, on November 22, 2010, Regusa filed a motion for extension of time in which to perfect service of process on Jenkins Nissan. (Doc. # 3).  The Court granted the extension motion on November 23, 2010, indicating, "Plaintiff has until and including December 6, 2010, to effectuate service of process on Defendant." (Doc. # 4).

On December 14, 2010, with no proof of service having been filed by Regusa, the Court issued an Order to Show Cause directing Regusa to show cause why the action should be not dismissed due to his failure to timely serve Jenkins Nissan with process. (Doc. # 6). Regusa responded to the Order to Show Cause by indicating that he effected service of process on Jenkins Nissan on December 7, 2010. (Doc. # 8, 9).

Jenkins Nissan filed a motion to dismiss the complaint on the basis of Regusa's failure to effect service within 120 days of filing the complaint or within the Court's December 6, 2010, deadline as set forth in the Court's Order issued on November 23, 2010. (Doc. # 4). Regusa, who is represented by counsel, was given ample opportunity to respond to the motion to dismiss, but he failed to do so. Therefore, the Court determines that the motion to dismiss is due to be granted as an unopposed motion. The Court dismisses this action without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Jenkins Nissan, Inc.'s Motion to Dismiss (Doc. # 11) is **GRANTED**.

(2) This case is dismissed without prejudice due to Regusa's failure to timely effect service of process on Jenkins Nissan.

(3)   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of January 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All counsel of Record